# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE J. MCDONALD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-418-MJR ) |
| ADRIAN FEINERMAN, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. Through inadvertence the complaint in this case was filed twice: once in *McDonald v. Feinerman*, No. 08-395, and the second time in this action. Because this case is a duplicate of the No. 08-395 and this case was opened in error, the Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 26th day of June, 2008.**

                                                              **s/ Michael J. Reagan**
                                                              **MICHAEL J. REAGAN**
                                                              **United States District Judge**